# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 10-5021**                                                           **September Term, 2014**

1:13-cv-00908-RJL
1:05-cv-02427-RJL

Filed On: November 18, 2014 [1522877]

Mohammad Rimi, Detainee and Omar Deghayes, As the next friend of Mohammad Rimi,

    Appellants

    v.

Barack Obama, et al.,

    Appellees

------------------------------

Consolidated with 14-5231

### **O R D E R**

Upon consideration of the motions to govern further proceedings, it is

**ORDERED** that the motions be granted, and these cases be returned to the court's active docket. The Clerk is directed to issue an appropriate briefing schedule.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

            BY:     /s/
                         Mark A. Butler
                         Deputy Clerk